UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BENNIE HOLLEY, ) <br> ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:19-CV-32-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 32], ADOPTS the conclusions in the M&R [D.E. 31 ], DENIES plaintiff's motion for judgment on the pleadings [D.E. 20], GRANTS defendant's motion for judgment on the pleadings [D.E. 27], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on February 16, 2021, and Copies To:**
Branch W. Vincent, III                                      (via CM/ECF electronic notification)
Mark J. Goldenberg                                          (via CM/ECF electronic notification)

DATE:                                                                     PETER A. MOORE, JR., CLERK
February 16, 2021                                                (By) /s/ Nicole Sellers
                                                                                     Deputy Clerk